DANIEL F. PYNE III (Cal. State Bar No. 131955)
HOPKINS & CARLEY
70 South First Street, Suite 100
San Jose, California 95113
Telephone: (408) 286-9800
Facsimile: (408)998-4790
E-mail: dpyne@hopkinscarley.com

Attorneys for Plaintiff
ROBERT M. ROSS

MICHAEL W. FOSTER (Cal. State Bar No. 127691)
FOSTER EMPLOYMENT LAW
3000 Lakeshore Ave.
Oakland, California  94610
Telephone: (510) 763-1900
Facsimile:  (510) 763-5952
E-mail: mfoster@fosteremploymentlaw.com

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M. ROSS,<br><br>Plaintiff,<br><br>       vs.<br><br>LOCKHEED MARTIN CORPORATION and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 12-04301 LHK<br><br>**STIPULATION FOR DISMISSAL AND (PROPOSED) ORDER THEREON** |

### STIPULATION FOR DISMISSAL

   IT IS HEREBY STIPULATED by and between plaintiff Robert M. Ross (hereafter referred to as "Ross") and defendant Lockheed Martin Corporation (hereafter referred to as "LMC") that:

1. Plaintiff Ross and defendant LMC have agreed to resolve the case at bar on mutually acceptable terms and have executed a Confidential Settlement Agreement and Release setting forth the terms of their agreement;

2. As part of their settlement, the parties have agreed that plaintiff Ross will dismiss his complaint with prejudice pursuant to Federal Rule of Civil Procedure 41; and

3. The parties have agreed that each will bear its own costs and attorney fees.

IT IS SO STIPULATED.

Dated: February 15, 2013      DANIEL F. PYNE
                              HOPKINS & CARLEY


                              By:  _____/s/_____
                                         Daniel F. Pyne
                                       Attorney for Plaintiff
                                         ROBERT ROSS



Dated:                         MICHAEL W. FOSTER
                               FOSTER EMPLOYMENT LAW


                               By:  _____/s/_____
                                         Michael W. Foster
                                       Attorneys for Defendant
                                   LOCKHEED MARTIN CORPORATION

## ORDER

Based on the foregoing stipulation, and for good cause shown, this action is hereby dismissed with prejudice.

Dated: February 20, 2013        By: _____*Lucy H. Koh*_____
                                    Lucy H. Koh
                                    Judge of the United States District Court

353\982897.1